**Motion Granted and Order filed December 21, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00600-CV
_____

**KURT GODFREY CLARKE, Appellant**

**V.**

**HARRIS COUNTY, THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, THE CITY OF HOUSTON, THE HOUSTON INDEPENDENT SCHOOL DISTRICT, AND THE HOUSTON COMMUNITY COLLEGE SYSTEM, Appellees**

On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2009-30394

_____

## NO. 14-17-00709-CV
_____

**KURT GODFREY CLARKE, Appellant**

**V.**

**HARRIS COUNTY, THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, THE CITY OF HOUSTON, THE HOUSTON INDEPENDENT SCHOOL DISTRICT, AND THE HOUSTON COMMUNITY COLLEGE SYSTEM, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-30394**

---

**ORDER**

On July 21, 2017, appellant filed a notice of appeal from an order signed April 18, 2017, and the appeal was assigned to this court under appellate number 14-17-00600-CV. On August 28, 2017, appellant filed a notice of appeal from an order signed July 28, 2017 in the same trial court proceeding, and the appeal was assigned to this court under appellate number 14-17-00709-CV.

On December 4, 2017, appellees filed a motion to consolidate the related appeals. Appellant opposes the motion. After considering the issues raised by appellant and appellees, the motion is **GRANTED**, and we issue the following order:

We order the appeals pending under our appellate case numbers 14-17-00600-CV and 14-17-00709-CV **CONSOLIDATED**. The existing filing deadlines in appellate case number 14-17-00600-CV will apply to both cases.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Jewell.